UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:18-CR-6-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| O'JOSHUA ROBERTS | |

On motion of the Defendant, O'Joshua Roberts, and for good cause shown, it is hereby

ORDERED that DE 40 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 4th day of May, 2021.

_____
JAMES C. DEVER III
United States District Judge